UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERROD S. WILLIAMS | CIVIL ACTION |
| VERSUS | NUMBER 11-140 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "C" (3) |

### ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act, 28 U.S.C. § 2412 [Doc. #19] is GRANTED, in that the Commissioner be ordered to pay attorney's fees in the amount of $3,894.00 (24.9 hours at $160.00 per hour).

New Orleans, Louisiana, this _____ day November, 2011.

_____
UNITED STATES DISTRICT JUDGE